**O**

JS-6

*LASC, East Los Angeles Courthouse Case No.: 11D00134*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JOSEFINA RAMOS,<br><br>　　　　Defendant.<br>_____ | CASE NO. CV11-5959 ODW (MRWx)<br><br>ORDER REMANDING THE CASE |

The Court is in receipt of Defendant Josefina Ramos's ("Defendant") Notice of Removal. (Dkt. No. 1.) Plaintiff Deutsche Bank National Trust Company ("Plaintiff") instituted this unlawful detainer action in state court on or about February 22, 2011. On July 20, 2011, Defendant removed this case alleging jurisdiction under 28 U.S.C. § 1441. For the following reasons, the Court **REMANDS** the case to Los Angeles County Superior Court.

The Court lacks subject matter jurisdiction in this case. Particularly, a federal question does not present itself in an unlawful detainer action. *Galileo Fin. v. Miin Sun*

*Park*, No. EDCV 09-1660 PSG, 2009 WL 3157411, at *1 (C.D. Cal. Sept. 24, 2009) ("Here, the complaint only asserts a claim for unlawful detainer, a cause of action that is purely a matter of state law. Thus, from the face of the complaint, it is clear that no basis for federal question jurisdiction exists."). In addition, diversity jurisdiction does not exist in this matter. For a federal court to exercise diversity jurisdiction, there must be "complete" diversity between the parties and the amount in controversy requirement must be met. 28 U.S.C. § 1332(a). Here, Defendant's removal papers fail to establish complete diversity between the parties. Also, from the face of Plaintiff's complaint, it is apparent that Defendant will be unable to prove that the amount in controversy exceeds $75,000, exclusive of attorney's fees and costs. Thus, diversity jurisdiction is lacking.

In light of the foregoing, no subject matter jurisdiction exists. The Court, therefore, **REMANDS** this case to Los Angeles County Superior Court.

IT IS SO ORDERED.

August 8, 2011

_____
HON. OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE